Abraham N. Goldman, SBN 102080
David Springfield, SBN 226630
ABRAHAM N. GOLDMAN
& ASSOCIATES, LTD.
P.O. Box 120
12896 Rices Crossing Road
Oregon House, California 95962-0120
Tel.:   (530) 692-2267
Fax:    (530) 692-2543
Email:  agoldman@succeed.net

Attorney for Plaintiff
MELISSA LIND SCOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LIND SCOTT,<br><br>  Plaintiff,<br><br>v.<br><br>WINCO FOODS, INC., dba WINCO FOODS, and DOES 1-100, and Each of them, Inclusive,<br><br>  Defendants. | Case No. 2:09-CV-01238-MCE-KJN<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXTEND TIME FOR HEARING AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION  [LOCAL RULE 144]**<br><br>**Date:      November 18, 2010**<br>**Time:      2:00 pm**<br>**Courtroom:  7**<br>**Judge:     Hon. Morrison C. England** |

  Good cause being shown, it is hereby ORDERED:

1. The hearing for Defendant's Motion for Summary Judgment is reset for December 2, 2010, at 2:00 p.m., in Courtroom 7.

2. The briefing schedule will be reset for plaintiff to file her opposition on November 12, 2010 and defendant to file a reply on November 19, 2010.

IT IS SO ORDERED.

Dated:  November 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com