UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MELISSA LIND SCOTT,                    No. 2:09-cv-01238-MCE-KJN

       Plaintiff,

  v.                                   ORDER

WINCO FOODS, INC., dba WINCO
FOODS , and DOES 1-100, and
each of them, inclusive,

       Defendants.

----oo0oo----

Upon further review of Defendant's Motion for Summary Judgment (ECF No. 14), the Court has concerns regarding the claimed bases for subject matter jurisdiction.  Plaintiff asserts that jurisdiction is based upon diversity pursuant to 28 U.S.C. § 1332(a).  (Compl. 1.)  Section 1332(a) requires complete diversity of citizenship between parties opposed in interest. Kuntz v. Lamar Corp., 385 F.3d 1177, 1181 (9th Cir. 2004). Specifically, a corporation is a citizen of its state(s) of incorporation and its principal place of business. 28 U.S.C. §1332(c)(1).

1

1  However, a limited liability corporation ("LLC") is a citizen of
2  every state in which its members are citizens.  <u>Johnson v.</u>
3  <u>Columbia Properties Anchorage, LP</u>, 437 F.3d 894, 899 (9th Cir.
4  2006).

5       Winco Foods, Inc., dba Winco Foods, is the named Defendant
6  in the Complaint.  (Compl. 1.)  However, Winco Foods, LLC
7  answered the Complaint.  (Answer 1.)  After a cursory
8  investigation, it appears that Winco Foods, LLC is majority owned
9  by Winco Holdings, Inc., with minority members of unknown
10 citizenship.  Winco Holdings, Inc. (an Idaho Corporation) was
11 previously known as Winco Foods, Inc.  Plaintiff alleged in the
12 complaint that Defendant was a foreign corporation without
13 alleging either the state of incorporation or the principal place
14 of business.  (Compl. 2.)  Neither party has alleged the
15 citizenship of all members of Winco Foods, LLC.

16      Because the business structure and citizenship of Defendant
17 is unclear from the pleadings, this Court directs both parties to
18 electronically file simultaneous briefing not exceeding ten (10)
19 pages regarding the basis for federal jurisdiction within twenty
20 (20) days of this Order being electronically filed.  No responses
21 will be permitted.

22      IT IS SO ORDERED.

23 Dated: February 4, 2011

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE