David Springfield (SBN 226630)
**THE SPRINGFIELD LAW FIRM**
Post Office Box 660
Oregon House, CA 95962
Tel.: (530) 692-2267
Fax: (530) 237-5555
Email: David.Springfield@gmail.com

Attorneys for Plaintiff
MELISSA LIND SCOTT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA LIND SCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>WINCO FOODS, INC., et al.<br><br>    Defendants. | Case: 2:09-cv-01238-MCE-KJN<br><br>ORDER FOR DISMISSAL |

The Stipulation between the Parties that the case has been fully resolved is accepted by the Court and the case is hereby DISMISSED. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1